In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-07-149 CR


NO. 09-07-150 CR


NO. 09-07-151 CR


____________________



WILLIE EDWARD PUGH, JR. a/k/a WILLIE EDWARD PUGH, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause Nos. 96329, 98825, & 99457 






MEMORANDUM OPINION


 Willie Edward Pugh, Jr. a/k/a Willie Edward Pugh was convicted and sentenced on 
indictments for possession of a controlled substance and unlawful possession of a firearm by
a felon. Pugh filed notices of appeal on March 15, 2007. The trial court entered 
certifications of the defendant's right to appeal in which the court certified that these are
plea-bargain cases and the defendant has no right of appeal. See Tex. R. App. P. 25.2(a)(2). 
The trial court's certifications have been provided to the Court of Appeals by the district
clerk.

 On March 19, 2007, we notified the parties that the appeals would be dismissed unless 
amended certifications were filed within thirty days of the date of the notices and made a part
of the appellate records. See Tex. R. App. P. 37.1. The records have not been supplemented
with amended certifications.

 Because certifications that show the defendant has the right of appeal have not been
made part of the records, the appeals must be dismissed. See Tex. R. App. P. 25.2(d). 
Accordingly, we dismiss the appeals for want of jurisdiction.

 APPEALS DISMISSED. 



 _______________________________ STEVE McKEITHEN

 Chief Justice 

 


Opinion Delivered June 6, 2007

Do Not Publish


Before McKeithen, C.J., Kreger and Horton, JJ.